UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM BIG MEDIA INC., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02314-JSW<br><br>**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Re: Dkt. No. 7 |

On April 25, 2022, Justin S. Nematzadeh filed an application to appear *pro hac vice*. The Court DENIES the application without prejudice. Civil Local Rule 11-3 requires an attorney who wishes to appear *pro hac vice* to designate as co-counsel an attorney who is a member of the bar of the United States District Court for the Northern District of California in good standing. Mr. Nematzadeh lists Mario Simonyan as local co-counsel. However, Mr. Simonyan is not a member of the bar of this Court.[1]

**IT IS SO ORDERED.**

Dated: April 26, 2022

_____
JEFFREY S. WHITE
United States District Judge

---

[1] Should Mr. Simonyan wish to seek admission to practice in this Court, the Court refers him to Local Rule 11-1 and the form order that can be found at https://cand.uscourts.gov/attorneys/admission-to-practice under the "Admission Procedures" section (Petition for Bar Membership).