David C. Kiernan, Bar No. 215335
dkiernan@jonesday.com
Craig E. Stewart, Bar No. 129530
cestewart@jonesday.com
Lin W. Kahn, Bar No. 261387
lkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Catherine T. Zeng, Bar No. 251231
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone:   +1.650.739.3939
Facsimile:   +1.650.739.3900

Attorneys for Defendants
Alphabet Inc. and Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **DREAM BIG MEDIA, INC., GETIFY SOLUTIONS, INC., and SPRINTER SUPPLIER LLC**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ALPHABET INC. and GOOGLE LLC**,<br><br>**Defendants.** | Case No. 4:22-CV-2314-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATIONS FOR MOTION TO DISMISS COMPLAINT**<br><br><br>Judge: Hon. Jeffrey S. White<br>Date Action Filed: April 13, 2022 |

WHEREAS, Defendants Alphabet Inc. and Google LLC (together, "Defendants") responses to the complaint in the above-captioned matter is July 12, 2022. (Doc. 24.) Defendants intend to move to dismiss the complaint and strike the class allegations on that date.

WHEREAS, Plaintiffs Dream Big Media, Inc., Getify Solutions, Inc., and Sprinter Supplier LLC (individually and on behalf of all others similarly situated) (together, "Plaintiffs") opposition to Defendants' motions to dismiss and motions to strike is due on or before August 30, 2022, and Defendants' replies are due on or before September 20, 2022. (Doc. 24.)

WHEREAS, pursuant to this Court's Civil Standing Order No. 6, each party's brief in support of any motion filed in response to the Complaint may not exceed 15 pages in length (not counting the title page, indices of cases, table of contents, summaries of argument, if required, and exhibits);

WHEREAS, in an effort to present their arguments as efficiently as possible, Defendants seek to file a unified brief in support of their motions to dismiss the complaint that will not exceed 18 pages in length (not counting the title page, indices of cases, table of contents, summaries of argument, if required, and exhibits);

WHEREAS, in an effort to present their arguments as efficiently as possible, Plaintiffs seek to file a combined opposition brief to Defendants' motions to dismiss (in lieu of separate briefs) that will not exceed 18 pages in length (not counting the title page, indices of cases, table of contents, summaries of argument, if required, and exhibits);

WHEREAS, Defendants do not seek additional pages for their motion to strike the class allegations; and

WHEREAS, this request will not alter the briefing schedule for Defendants' motions to dismiss the complaint and to strike the class allegations;

NOW, THEREFORE, pursuant to Local Rule 7-11(a), all parties agree, subject to the approval of the Court, as follows:

1. Defendants may file a unified opening brief in support of their motions to dismiss the complaint that may not exceed 18 pages in length (not counting the title page, indices of

cases, table of contents, summaries of argument, if required, and exhibits) and will not seek additional pages on reply; and,

    2.    Plaintiffs may file a single combined opposition brief in opposition to Defendants' briefs in support of their motions to dismiss that may not exceed 18 pages in length (not counting the title page, indices of cases, table of contents, summaries of argument, if required, and exhibits).

Dated: July 7, 2022

Respectfully submitted,

JONES DAY

By: /s/ David C. Kiernan
David C. Kiernan
Craig E. Stewart
Catherine T. Zeng
Lin W. Kahn

Attorneys for Defendants
Alphabet Inc. and Google LLC

Dated: July 7, 2022

NEMATZADEH PLLC

By: /s/ Justin S. Nematzadeh
Justin S. Nematzadeh

Attorneys for Plaintiffs

Dated: July 7, 2022

BALESTRIERE FARIELLO

By: /s/ Matthew W. Schmidt
John G. Balestriere
Matthew W. Schmidt

Attorneys for Plaintiffs

Dated: July 7, 2022

ESQGO, PC

By: /s/ Mario Simonyan
Mario Simonyan

Attorneys for Plaintiffs

Pursuant to Local Rule 5-1(h)(3), I, David C. Kiernan, attest that concurrence in filing this document has been obtained from the other signatories.

Dated: July 7, 2022                                    By:   /s/ David C. Kiernan
                                                                  David C. Kiernan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2022            _____
                                                                  HON. JEFFREY S. WHITE
                                                                  UNITED STATES DISTRICT COURT JUDGE

NAI-1532048891v1