UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM BIG MEDIA INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALPHABET INC., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-02314-RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs' opposition brief (Dkt. No. 73) to the pending motion to dismiss contains numerous excessively long footnotes with overly extensive string cites that appear calculated to evade the letter and spirit of the page limits set forth in Civil Local Rule 7-4(b). Plaintiffs are instructed to file a statement of explanation within one week of the date of this order. Upon receipt of that filing, the Court will determine if sanctions should be imposed.

**IT IS SO ORDERED**.

Dated: April 12, 2024

_____
RICHARD SEEBORG
Chief United States District Judge