1
2
3
4
5
6
7           UNITED STATES DISTRICT COURT
8        NORTHERN DISTRICT OF CALIFORNIA
9

10 DREAM BIG MEDIA INC., et al.,

          Plaintiffs,

12    v.

13 ALPHABET INC., et al.,

          Defendants.

Case No. 22-cv-02314-RS

**ORDER TERMINATING ORDER TO SHOW CAUSE**

16      The Court has received plaintiffs' response to the order to show cause and accepts their

17 representation that further submissions in this matter will conform to the local rules. This resolves

18 the order to show cause, which is hereby terminated.

19

20 **IT IS SO ORDERED**.

21

22 Dated: April 17, 2024

23

24 RICHARD SEEBORG
Chief United States District Judge

25
26
27
28

United States District Court
Northern District of California