UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM BIG MEDIA INC., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALPHABET INC., et al.,<br><br>            Defendants. | Case No.  22-cv-02314-RS<br><br>**JUDGMENT** |

Pursuant to the order granting the motion to dismiss filed this date, judgment is hereby entered against plaintiffs and in favor of defendants.

**IT IS SO ORDERED**.

Dated: July 15, 2024

_____
RICHARD SEEBORG
Chief United States District Judge