| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 30 2026 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DREAM BIG MEDIA INC.; et al.,

      Plaintiffs - Appellants,

 v.

ALPHABET INC. and GOOGLE LLC,

      Defendants - Appellees.

No. 24-4968

D.C. No.
3:22-cv-02314-RS

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered December 04, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT